UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

MAY 1 8 2011

CLERK. U.S. DISTRICT COURT
NORFOLK, VA

AARON DOXIE, III, #1176082,
a/k/a Quincy Davis,

        Petitioner,

v.

                                        ACTION NO. 2:10CV379

HAROLD W. CLARKE, Director of the
Virginia Department of Corrections,

        Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of petitioner's constitutional rights pertaining to his convictions for rape, oral sodomy, and anal sodomy on March 29, 1984 in the Circuit Court of the City of Norfolk, as a result of which he was sentenced to serve life in prison.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed April 22, 2011, recommends dismissal of the petition and denial of Doxie's Motion for Summary or Default Judgment (ECF No. 11). The Court has received no objections to the Report and Recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed April 22, 2011, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED. It is further ORDERED

that Doxie's Motion for Summary or Default Judgment be DENIED and that judgment be entered in favor of respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

/s/ _____

JEROME B. FRIEDMAN
Sr. UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

May 18, 2011